NUMBER 13-06-331-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


MACK MAXCEY AND MAXEX, L.L.C., Appellants,


v.



EARL LIGHTSEY, MARY LIGHTSEY, 

AND ELI REBICH, Appellees.

_______________________________________________________


On appeal from the the 119th District Court of 


Concho County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides
Memorandum Opinion Per Curiam


 Appellants, MACK MAXCEY AND MAXEX, LLC., and cross-appellant, ELI
REBICH, perfected appeals from a judgment entered by the 119th District Court of
Concho County, Texas, in cause number 3748. After the record was filed and after
the cause was referred to mediation, the parties filed a joint motion to dismiss the
appeal and cross-appeal. In the motion, the parties state that all issues have been
settled and the appeal is moot. The parties request that the Court dismiss the appeal
and cross-appeal.

 The Court, having considered the documents on file and the parties' joint 
motion to dismiss the appeal and cross-appeal, is of the opinion that the motion should
be granted. The joint motion to dismiss the appeal and cross-appeal is granted. The
appeal and cross-appeal are hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the15th day of February, 2007.